1
2
3
4                        UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7    BRETT WAGNER,                          Case No.  13-cv-04767-JCS
                  Plaintiff,
8
         v.                                 **ORDER OF TRANSFER**
9
10   RON DAVIS, et al.,
                  Defendants.
11
12
13        Plaintiff alleges claims against his jailors at Valley State Prison in Madera County,
14   which lies in the Eastern District of California.  This federal civil rights action is hereby
15   TRANSFERRED to the Eastern District of California, wherein venue properly lies because
16   a substantial part of the events or omissions giving rise to the claims occurred, and the
17   defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).
18   The Clerk shall transfer this action forthwith.
19        **IT IS SO ORDERED.**
20   Dated: March 28, 2014
21                                          _____
22                                          JOSEPH C. SPERO
                                            United States Magistrate Judge
23
24
25
26
27
28